**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|                          |   |                    |
|--------------------------|---|--------------------|
| IN RE ELI LILLY & CO.    | ) | <u>ORDER OF STAY</u> |

     All actions before the Honorable Samuel Conti which have Eli Lilly & Co. as a named defendant are hereby STAYED pending notification by the MDL Panel regarding transfer of these actions.

     IT IS SO ORDERED.

     Dated: June 13, 2006

_____
UNITED STATES DISTRICT JUDGE